United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Thomas E. Daubert, Jr.  
Tracy L. Daubert  
    Debtors

Case No. 24-00501-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Apr 05, 2024      Form ID: ntcnfhrg      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas E. Daubert, Jr., Tracy L. Daubert, 433 Fried Drive, Dauphin, PA 17018-9616 |
| 5599543 | | Green Dot Bank, Green Dot Bank, Old Bethpage, NY 11804 |
| 5599558 | + | Penn State Health, Po Box 848, Hershey, PA 17033-0848 |
| 5599559 | + | Postmark Cu, 2630 Linglestown, Harrisburg, PA 17110-3666 |
| 5599577 | + | UPMC Pinnicle, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5599523 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 05 2024 19:07:57 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5606988 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 05 2024 18:57:29 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5599524 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 05 2024 18:53:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 5599525 | + | Email/PDF: bncnotices@becket-lee.com | Apr 05 2024 19:08:05 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5599526 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 05 2024 18:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 5599534 | | Email/Text: cfcbackoffice@contfinco.com | Apr 05 2024 18:53:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 5599527 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2024 19:08:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5599530 | ^ | MEBN | Apr 05 2024 18:52:04 | Coastl/prosp, Attn: Bankruptcy Dept, 221 Main Street, Ste 400, San Francisco, CA 94105-1913 |
| 5599531 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 18:53:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5599532 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 18:53:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5599533 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 18:53:00 | Comenitybank/onestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5599535 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 05 2024 19:08:01 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5599538 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 05 2024 18:57:46 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5602454 | + | Email/Text: mrdiscen@discover.com | Apr 05 2024 18:53:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 5599539 | + | Email/Text: mrdiscen@discover.com | Apr 05 2024 18:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5601477 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 05 2024 18:53:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5599540 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 05 2024 18:53:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5599542 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 05 2024 18:54:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5599529 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 18:57:50 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln Mail Code La4-7200, Monroe, LA 71203 |
| 5599544 | + | Email/Text: bankruptcydept@kinecta.org | Apr 05 2024 18:54:00 | Kinecta Federal Credit Union, Attn: Bankruptcy, Po Box 10003, Manhattan Beach, CA 90267-7503 |
| 5599546 | + | Email/Text: Documentfiling@lciinc.com | Apr 05 2024 18:53:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5605445 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 05 2024 18:57:49 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5599549 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 05 2024 18:53:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5599550 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 05 2024 18:53:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5599551 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 05 2024 18:57:25 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5599552 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 05 2024 18:57:43 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5599553 | + | Email/PDF: pa_dc_claims@navient.com | Apr 05 2024 19:08:05 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5599554 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 05 2024 18:53:00 | Nelnet, Attn: Bankruptcy/Claims, Po Box 82561, Lincoln, NE 68501-2561 |
| 5599555 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 05 2024 18:56:43 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5599557 | + | Email/PDF: cbp@omf.com | Apr 05 2024 18:56:43 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5599560 | + | Email/Text: bankruptcynotices@psecu.com | Apr 05 2024 18:54:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5600507 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 05 2024 18:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5599566 | | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 05 2024 18:54:00 | Quest Diagnostics, PO Box 7306, Hollister, MO 65673-7306 |
| 5599567 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 19:08:00 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5599568 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 19:08:05 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5599569 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 18:56:49 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5599570 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 18:57:47 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5599571 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 19:08:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5599572 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 05 2024 18:53:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 5599573 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 05 2024 18:53:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5603175 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 05 2024 18:53:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, LINCOLN, NE 68508-1904 |
| 5599574 | | Email/Text: bknotice@upgrade.com | Apr 05 2024 18:53:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 5599860 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 05 2024 18:57:28 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5601682 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 05 2024 18:57:22 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5599578 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 05 2024 18:56:49 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5599579 | + | Email/Text: bankruptcyxfcu@kinecta.org | Apr 05 2024 18:53:00 | Xceed Financial Credit Union, Attn: Bankruptcy Dept./Silvia Mendez, 888 North Nash St., El Segundo, CA 90245-2879 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5606989 | * | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5599528 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5599536 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5599537 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5599541 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5599545 | *+ | Kinecta Federal Credit Union, Attn: Bankruptcy, Po Box 10003, Manhattan Beach, CA 90267-7503 |
| 5599547 | *+ | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5599548 | *+ | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5599556 | *+ | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5599561 | *+ | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5599562 | *+ | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5599563 | *+ | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5599564 | *+ | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5599565 | *+ | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5599575 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 5599576 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 2 Tracy L. Daubert cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 1 Thomas E. Daubert Jr. cjulius@ljacobsonlaw.com, egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Thomas E. Daubert Jr., | Chapter 13 |
| **Debtor 1** | |
| Tracy L. Daubert, | Case No. 1:24−bk−00501−HWV |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 1, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 8, 2024<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 5, 2024 |

ntcnfhrg (08/21)