## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| THOMAS E. DAUBERT, JR. | : | |
| TRACY L. DAUBERT | : | 1:24-bk-00501-HWV |
|     Debtors | : | |

## CERTIFICATE OF SERVICE

I, Chad J. Julius, with the firm of Jacobson, Julius & Harshberger hereby certify that on August 21, 2024, a true and correct copy of the ORDER CONFIRMING AMENDED CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

By: /s/ Chad J. Julius
Chad J. Julius

Date: August 21, 2024

Label Matrix for local noticing
0314-1
Case 1:24-bk-00501-HWV
Middle District of Pennsylvania
Harrisburg
Wed Aug 21 14:51:01 EDT 2024

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Wells Fargo Bank N.A., d/b/a Wells Farg
PO Box 169005
Irving, TX 75016-9005

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Ally Financial
P.o. Box 380901
Bloomington, MN 55438-0901

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Barclays Bank Delaware
Attn: Bankruptcy
125 South West St
Wilmington, DE 19801-5014

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Coastl/prosp
Attn: Bankruptcy Dept
221 Main Street, Ste 400
San Francisco, CA 94105-1913

Comenity Bank/Fashion Bug
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenitybank/New York
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenitybank/onestop
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

(p)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Credit One Bank
Po Box 98872
Las Vegas, NV 89193-8872

Discover Bank
P.O. Box 3025
New Albany OH 43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Green Dot Bank
Green Dot Bank
Old Bethpage, NY 11804

Kinecta Federal Credit Union
Attn: Bankruptcy
Po Box 10003
Manhattan Beach, CA 90267-7503

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lendclub Bnk
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105-2802

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

MIDFIRST BANK
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118-6051

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904

Masseys
1251 First Avenue
Chippewa Falls, WI 54729-1677

| | | |
|---|---|---|
| Mercury/FBT<br>Attn: Bankruptcy<br>Po Box 84064<br>Columbus, GA 31908-4064 | Merrick Bank/CCHoldings<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Mortgage Co<br>Attn: Customer Service/Bankruptcy<br>Po Box 26648<br>Oklahoma City, OK 73126-0648 |
| Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Nelnet<br>Attn: Bankruptcy/Claims<br>Po Box 82561<br>Lincoln, NE 68501-2561 | Ollo Card Services<br>Attn: Bankruptcy<br>Po Box 9222<br>Old Bethpage, NY 11804-9222 |
| One Main Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PSECU<br>Attention: Bankruptcy<br>Po Box 67013<br>Harrisburg, PA 17106-7013 |
| Penn State Health<br>Po Box 848<br>Hershey, PA 17033-0848 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | Postmark Cu<br>2630 Linglestown<br>Harrisburg, PA 17110-3666 |
| Quantum3 Group LLC as agent for<br>Mercury Financial/First Bank & Trust<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quest Diagnostics<br>PO Box 7306<br>Hollister, MO 65673-7306 | Syncb/ebay<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Gap<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Select Comfort<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/Ashley Furniture Homestore<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Toyota Financial Services<br>Attn: Bankruptcy<br>Po Box 259001<br>Plano, TX 75025-9001 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>LINCOLN, NE 68508-1904 | (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 |
| UPMC Pinnicle<br>200 Lothrop Street<br>Pittsburgh, PA 15213-2536 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607-5066 | Xceed Financial Credit Union<br>Attn: Bankruptcy Dept./Silvia Mendez<br>888 North Nash St.<br>El Segundo, CA 90245-2879 | Chad J. Julius<br>Jacobson, Julius & Harshberger<br>8150 Derry Street<br>Harrisburg, PA 17111-5212 |

| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Thomas E. Daubert Jr.<br>433 Fried Drive<br>Dauphin, PA 17018-9616 | Tracy L. Daubert<br>433 Fried Drive<br>Dauphin, PA 17018-9616 |
|---|---|---|

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Chase Mortgage<br>Attn: Legal Correspondence Center<br>700 Kansas Ln Mail Code La4-7200<br>Monroe, LA 71203 | Continental Finance Co<br>Pob 8099<br>Newark, DE 19714 | First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3113<br>Omaha, Nebraska 68197 |
|---|---|---|
| (d)Fnb Omaha<br>Attn: Bankruptcy<br>P.O. Box 3128<br>Omaha, NE 68103 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| U.S. Department of Housing and Urban Develop<br>801 Market Street<br>Philadelphia, PA 19107 | Upgrade, Inc.<br>Attn: Bankruptcy<br>275 Battery Street 23rd Floor<br>San Francisco, CA 94111 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MIDFIRST BANK

End of Label Matrix
Mailable recipients   62
Bypassed recipients    1
Total   63

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Thomas E. Daubert Jr., | Chapter 13 |
| **Debtor 1** | |
| Tracy L. Daubert, | Case No. 1:24-bk-00501-HWV |
| **Debtor 2** | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on July 8, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 15, 2024

orcnfpln(05/18)