# United States Bankruptcy Court

## Middle District of Pennsylvania (Harrisburg)

IN RE:   TRACY L DAUBERT                         CASE NO.: 24-00501
                                                  CHAPTER: 13

   Debtors

### Change of address – Payment for Creditor

As to Claim 4-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

11/17/2025                                /s/Lisa Johnson
                                           Account Resolution Associate Manager
                                           Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Middle District of Pennsylvania (Harrisburg)

IN RE: TRACY L DAUBERT      CASE NO: 24-00501
CHAPTER: 13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/17/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

11/17/2025            /s/Lisa Johnson
                                      Account Resolution Associate Manager
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:24-bk-00501-HWV    Doc 49    Filed 11/17/25    Entered 11/17/25 12:26:06    Desc
Main Document    Page 2 of 2