# United States Bankruptcy Court

## Middle District of Pennsylvania (Harrisburg)

IN RE:   TRACY L DAUBERT                CASE NO.: 24-00501
                                        CHAPTER: 13

   Debtors

### Change of address – Payment for Creditor

As to Claim 4-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

Old Notifications address                New Notifications address


Old payment address                      New payment address
Wells Fargo Auto                         Wells Fargo Auto
PO Box 17900                             PO Box 51963
Denver CO 80217-0900                     Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com


11/17/2025                      /s/Lisa Johnson
                                Account Resolution Associate Manager
                                Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

## Middle District of Pennsylvania (Harrisburg)

IN RE:  TRACY L DAUBERT            CASE NO: 24-00501
                                   CHAPTER: 13

   Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/17/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

11/17/2025                         /s/Lisa Johnson
                                   Account Resolution Associate Manager
                                   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.